UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

DIANE CLOUTIER,

    Plaintiff,

    v.

CITY OF LOWELL;
BERNARD F. LYNCH, in his official and
individual capacities;
CHRISTINE P. O'CONNOR, in her
official and individual capacities; and
KAREN A. GAGNON, in her official and
individual capacities;

    Defendants.
_____

Civil Action No.
15-12780-FDS

## ORDER OF TRANSFER

SAYLOR, J.

    Because this case is ready for trial, and because the present criminal docket of the undersigned judge will not permit any civil trial to be scheduled for many months, in the interest of justice this case is hereby transferred to Judge William G. Young pursuant to Local Rule 40.1(i)(1). Judge Young consents to the transfer. Judge Young has been advised that due to various commitments of counsel and other scheduling issues, counsel will not be ready to go to trial before February 19, 2018.

    Defendants' Motion for Further Consideration of Trial Dates (Docket No. 410) is DENIED.

**So Ordered.**

                                                   /s/ F. Dennis Saylor IV
                                                   F. Dennis Saylor IV
Dated: January 11, 2018                         United States District Judge