# EXHIBIT B

```
                                                                    1
                                                        VOL:   I
                                                        PAGES: 1-414
                                                        EXHIBITS: 1-15

                     UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS

                                    C.A. No.: 1:15-cv-12780-FDS

         * * * * * * * * * * * * * * * * * *
         DIANE M. CLOUTIER,                 *
                 Plaintiff,                 *
            -vs-                            *
                                            *
         CITY OF LOWELL, et al,             *
                     Defendants,            *
         * * * * * * * * * * * * * * * * * *




                VIDEOTAPED DEPOSITION of DIANE M.

         CLOUTIER, a witness called on behalf of the

         Defendants, before Jean Wiseman, a Notary Public and

         Certified Shorthand Reporter within and for the

         Commonwealth of Massachusetts, at the LOWELL

         CITY HALL, 375 Merrimack Drive, Lowell,

         Massachusetts, on Thursday, July 21, 2016,

         commencing at 9:22 a.m.


                              A-PLUS COURT REPORTING SERVICES
                              97 CENTRAL STREET, SUITE 403D
                              LOWELL, MASSACHUSETTS  01852
                                    (978) 455-1522
```

```
                                                                    2

 1              APPEARANCES:

 2              LANA SULLIVAN, ESQ.
                DAVIDS COHEN
 3              40 Washington Street, Suite 20
                Wellesley, MA  02481
 4              (781) 416-5055
                lsullivan@davids-cohen.com
 5                   On behalf of the Plaintiffs

 6              RACHEL M. BROWN, ESQ.
                JAMES F. WELLOCK, ESQ.
 7              CITY OF LOWELL LAW DEPARTMENT
                375 Merrimack Street, 3rd Floor
 8              Lowell, Massachusetts  01852
                (978) 674-4050
 9              rbrown@lowellma.gov
                     On behalf of the Defendant, City of Lowell
10
                KARA THORVALDSEN, ESQ.
11              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
                260 Franklin Street, 14th Floor
12              Boston, MA  02110
                (617) 422-5300
13              kara.thorvaldsen@wilsonelser.com
                     On behalf of Defendant, Robert Sparks and
14                   Absolute Investigations, Inc.

15              ALSO PRESENT:

16              Matt Sandburg, Videographer
                National Video Recording, Inc
17              7 Cedar Street
                Woburn, MA  01801
18              -and-
                Susan Fougstedt, Defendant
19              -and-
                Jean Wiseman, Court Reporter
20

21

22

23

24
```

269

| | | |
|---|---|---|
| 1 | A | I don't agree that it was necessarily about |
| 2 | | me. |
| 3 | Q | Well, it says employee Diane Cloutier.  DOB: |
| 4 | | 3-23-1962.  Do you see that? |
| 5 | A | I see that it says that, but I never at any |
| 6 | | point in time went over this with my doctor |
| 7 | | and I cannot believe my doctor would have |
| 8 | | provided a note without conferring with me. |
| 9 | Q | So you don't believe this came from your |
| 10 | | doctor? |
| 11 | A | I don't know where it came.  The first time I |
| 12 | | saw it was the day after I was terminated, |
| 13 | | which was October 30, 2013.  I had never seen |
| 14 | | this before and the last time I had seen my |
| 15 | | doctor was October 2nd where he said light |
| 16 | | duty continues, same restrictions and he |
| 17 | | returned  me to work.  So I have no idea |
| 18 | | where this came from or who filled it out or |
| 19 | | on whose behalf. |
| 20 | Q | Do you doubt this is his signature? |
| 21 | A | I don't know his signature. |
| 22 | Q | I'm asking if you doubt that this is his |
| 23 | | signature. |
| 24 | A | Since I don't know his signature, I couldn't |

270

```
 1              authenticate it.
 2      Q       You don't have to authenticate it, but do you
 3              have a doubt that it's his signature?
 4      A       I wouldn't be able to know one way or the
 5              other.
 6      Q       Do you have any reason to disbelieve that
 7              this was generated by his office -- by him?
 8      A       I would have reason to believe that I don't
 9              know whether it came from, whether it was
10              about me or whether it was about someone
11              else.
12      Q       So the fact it's got your name and date of
13              birth doesn't indicate to you that it was
14              about you?
15      A       The fact that it said I could drive a
16              standard when my right shoulder was unable to
17              do so I can't imagine that he would have ever
18              checked that box either.
19      Q       Okay.  Now, under drive standard and
20              automatic it's checked no restrictions,
21              right?
22      A       Are there checks next to those boxes?  There
23              are checks next to those boxes.
24      Q       Is your car an automatic?
```